■ In the Matter of the Claim of MARJORIE E. SCRANTON, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion granted, fee fixed at $150 and disbursements allowed in the sum of $20.64. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of CHARLES J. BOYLE, JR., Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion granted, fee fixed at $150 and disbursements limited to $23. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ (A) In the Matter of FRED L. YERDON, Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent. (B) In the Matter of DOMINIC M. PAFUNDI, JR., Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent.— [In each proceeding] Application by the Guild of Prescription Opticians of America, Inc., to participate in the appeal as *amicus curiæ* granted to the extent that applicant be permitted to file a brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ SAMUEL B. LESSER, as Trustee, Respondent, v. WEST ALBANY WAREHOUSE, INC., Appellant, et al., Defendants.— Order settled and signed. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ CHIROPRACTIC ASSOCIATION OF NEW YORK, INC., et al., Appellants, v. HERMAN E. HILLEBOE, as Commissioner of Health of the State of New York, Respondent.— Motion for stay granted upon condition that the appellants perfect the appeal and serve and file their brief on or before February 5, 1962 and be ready for argument on Monday, March 12, 1962. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Probate of the Will of HELEN E. FOULDS, Deceased. JANE B. BROGAN et al., Appellants; NEW YORK TRUST COMPANY et al., Respondents.— Motion to amend order of affirmance to refer to the opinion herein denied without costs. The opinion is part of the record, and there is no reason to refer to it in an order of affirmance. (Civ. Prac. Act, § 607.) Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (December 22, 1961)

In decisions Nos. 1–6: Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ (A) In the Matter of the Claim of JEROME NOWAK, Appellant, v. WILLIAM B. POLLOCK COMPANY et al., Respondents. (B) FRED NEMITH et al., Respondents, v. MUNROE C. GRIDLEY et al., Appellants. (C) SADIE DUNNE, Appellant, v. AMERICAN STEEL WOOL MFG. CO., INC., et al., Respondents. (D) In the Matter of the Claim of NICK ADAMSKY, Appellant, v. V. MAZZOLA AND SON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of FRANCES BUCHOLTZ, Respondent. TOY GUIDANCE COUNCIL, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of JOHN POGGIO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In the Matter of the Claim of FRANCIS HESLIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of PAUL ZIPPER, Respondent. FAMILY PUBLICATIONS SERVICE, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ (A) In the Matter of the Claim of MARY TANKSLEY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) ADELE